UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIA RODDY and** : | Case No. 1:08-CV-00723 |
| **DR. JOHN M. RODDY** : | Assigned to: Richard J. Leon |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **MERCK & CO., INC.,** : | |
| **One Merck Drive** | |
| **Whitehouse Station, NJ 08889-0100** : | |
| : | |
| **Defendant.** : | |

_____

**DEFENDANT MERCK & CO., INC.'S LOCAL RULE 7.1
DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

Defendant, Merck & Co., Inc. ("Merck"), by and through its undersigned attorney submits this Certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, and states as follows:

I, the undersigned, counsel of record for Merck & Co., Inc. ("Merck"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Merck that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

VENABLE LLP


By: /s/
Michael B. MacWilliams
D.C. Bar No. 453549

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorney for Defendant Merck & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of May, 2007, a copy of Defendant Merck & Co., Inc.'s Local Rule 7.1 Disclosure of Corporate Affiliations and Financial Interests was filed electronically. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          */s/*_____
                                                          Attorney for Defendant